**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                               NO.  4:98CR00015-001  SWW

REGINALD LAMONT TAYBORN

<u>**ORDER**</u>

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of statements on the record,  the Court found that the defendant has violated  the conditions of supervised release without just cause.  However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions.  The Court will not dismiss the motion to revoke but will schedule another hearing following the expiration of 6 months unless there are new allegations that the defendant has violated his conditions of supervision.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

> 1. The defendant shall serve a period of SIX (6) MONTHS in a residential re-entry center under the guidance and supervision of the U. S. Probation Office.

All other conditions of defendant's probation previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

The Court reminds defendant that any further violation of the terms of his supervised release could result in revocation of his release.

IT IS FURTHER ORDERED that the defendant shall remain in custody until placement in the designated residential re-entry center.

IT IS SO ORDERED this 9th day of December 2011.

<u>/s/Susan Webber Wright</u>
United States District Judge